IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CESAR NOE LOPEZ,<br><br>Defendant. | Case №: 5:23-MJ-00044-3-CDB<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Victor Nasser be appointed to represent the above defendant in this case, effective *nunc pro tunc* to November 15, 2023, for the arraignment and detention hearing only.

IT IS SO ORDERED.

Dated: **November 17, 2023**        _____
                                                         UNITED STATES MAGISTRATE JUDGE

-1-