**The Law Office of Victor Nasser**
Victor Nasser, Esq SBN: 326736
1226 L Street
Bakersfield, California 93301
Tel: (310) 903-9721
Email: victor@vicnasserlaw.com

Attorneys for Defendant
Cesar Noe Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR NOE LOPEZ,<br><br>Defendant. | No. 5:23-MJ-00044CDB<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF VICTOR NASSER AS ATTORNEY OF RECORD; [PROPOSED] ORDER** |

On November 15, 2023, Defendant Cesar Noe Lopez was indicted in Federal charges. CJA panel attorney Victor Nasser was appointed to represent Mr. Lopez on November 16, 2023, for the arraignment and detention hearing only. Having completed his representation of Mr. Lopez, CJA attorney, Victor Nasser now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Lopez require further legal assistance then he is advised to contact the Office of the Federal Defender for the Middle District of North Carolina at 301 North Elm Street, Suite 401, Greensboro, North Carolina 27401. Their phone number is (336) 333-5455. If appropriate, the office will arrange for the reappointment of counsel to assist Mr. Lopez.

///

1

Dated: February 05, 2024                                              Respectfully submitted,


                                                                      /s/ **Victor Nasser**
                                                                      Victor Nasser,
                                                                      Attorney for Defendant
                                                                      Cesar Noe Lopez


### [PROPOSED] ORDER

Having reviewed the notice and found that attorney Victor Nasser has completed the services for which he was appointed, the Court herby grants attorney Victor Nasser's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Middle District of North Carolina at 301 North Elm Street, Suite 401, Greensboro, North Carolina 27401. Their phone number is (336) 333-5455. If appropriate, the office will arrange for the reappointment of counsel to assist Mr. Lopez.

The Clerk of the Court is directed to serve a copy of this order on Defendant Cesar Noe Lopez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Orange County Detention Center
106 East Margaret Lane
Hillsborough, North Carolina 27278

IT IS SO ORDERED.

Dated:   **February 5, 2024**                                         _____
                                                                      UNITED STATES MAGISTRATE JUDGE